# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:06cv25

| | |
|---|---|
| TRISM, INC., a North Carolina Corporation d/b/a "Bedtyme Stories"; DONNA L. EATON, an individual; and JAYNE OWENS, an individual  )))))) | |
| Plaintiffs,  )) | |
| Vs.  )) | JUDGMENT |
| ROY COOPER, in his official capacity as the Attorney General of the State of North Carolina,  )))))) | |
| Defendant.  )) | |

**THIS MATTER** having come before the court in accordance with 28, United States Code, Section 636(c), and on defendant's Motion to Dismiss (#3), and it appearing that plaintiffs have not responded to such motion within the time allowed, and that defendant's motion to dismiss is consistent with current case law, as discussed in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendant's Motion to Dismiss is **GRANTED** and this action is **DISMISSED** in its entirety **WITHOUT PREJUDICE** for lack of subject matter jurisdiction, failure to state a claim, and for the other reasons discussed in the Memorandum of Decision filed simultaneously herewith.

Signed: March 29, 2006

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge